# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐   Misdemeanor ☐   Felony ✓   USAO No.: _____   Case No.: CR-19-128-HE

Charging Document: **INFORMATION**   No. of Defendants: 1   Total No. of Counts: 1   Sealed: Y ☐  N ✓

Forfeiture: Y ☐  N ✓   OCDETF: Y ☐  N ✓   Warrant: ☐   Summons: ☐   Notice: ✓

Companion Case No. (if any): CR-17-188-R

### DEFENDANT INFORMATION:

| Name: LEE MICHAEL HARRISON | |
|---|---|
| Alias(es): | Address: |
| | FBI No.: |
| DOB: 1976    SSN: xxx-xx-6088 | Race: White    Interpreter: Y ✓  N ☐ |
| Sex: M ✓  F ☐    Juvenile: Y ☐  N ✓ | Language/Dialect: |

### DEFENDANT STATUS/RECOMMENDATION:
☐ Not in Custody
✓ Detention Requested
☐ Type of Bond: _____
✓ In Custody at: Logan County
Inmate/Prisoner/Register No.: 72144066

### PRIOR MAGISTRATE PROCEEDINGS:
Complaint: Y ☐  N ☐
Magistrate Case No.: MJ-
Previously Detained: Y ☐  N ☐

### ATTORNEY/AGENCY INFORMATION:
☐ Public Defender
✓ CJA Panel
☐ Retained

Name: KEEGAN HARROZ
Address: 625 N.W. 13th Street
Oklahoma City, OK  73103
Phone: (405) 568-4318

AUSA: BRANDON HALE
Agent/Agency: FBI
Local Officer/Agency: _____

### CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 1343 | Wire fraud. | Not more than 20 years' imprisonment, $250,000 fine, or both; not more than 5 years' supervised release; and $100 special assessment. |

Signature of AUSA: /s/   Date: 5-3-19

3/19